**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
XAVIER CALLE MENDEZ,                             20-CV-1611 (JMA)(ARL)

                Plaintiff,

   -against-

STUART THOMAS PROPERTY MANAGEMENT, LLC and STUART THOMAS,

                Defendants.
---------------------------------------------------------X

## MOTION FOR SETTLEMENT APPROVAL OF A
## FAIR LABOR STANDARDS ACT CASE (UNOPPOSED)

Plaintiff, XAVIER CALLE MENDEZ, by and through his counsel of record, moves this Honorable Court for an Order:

1. Approving the settlement of this action; and

2. Dismissing this action with prejudice.

This motion is based on the accompanying Memorandum in Support, the Settlement Agreement, and Plaintiff's Estimated Calculation of Damages.

Dated: Massapequa, New York
       June 16, 2021

                                            Respectfully submitted,

                                            _____
                                            Keith E. Williams, Esq.
                                            Neil H. Greenberg & Associates, P.C.
                                            *Attorneys for the Plaintiff*
                                            4242 Merrick Road
                                            Massapequa, New York 11758
                                            Tel: 516.228.5100
                                            keith@nhglaw.com