UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
XAVIER CALLE MENDEZ,

                Plaintiff,

-against-

STUART THOMAS PROPERTY MANAGEMENT, LLC and STUART THOMAS,

                Defendants.
-------------------------------------------------------------X

20-CV-1611 (JMA)(ARL)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff and Defendants that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs or fees to either party;

Dated: Massapequa, New York
         June 15, 2021

_____
Keith E. Williams, Esq.
Neil H. Greenberg & Associates, P.C.
*Attorneys for the Plaintiff*
4242 Merrick Road
Massapequa, New York 11758
Tel: 516.228.5100
keith@nhglaw.com

Dated: Bohemia, New York
         June 15, 2021

_____
Christopher K. Collotta, Esq.
Zabell & Collotta, P.C.
*Attorneys for the Defendants*
1 Corporate Drive, Suite 103
Bohemia, New York 11716
Tel: 631.589.7242
ccollotta@laborlawsny.com

**SO, ORDERED:**

_____
Hon. Joan M. Azrack, U.S.D.J.