UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**     **ARLENE R. LINDSAY**     **DATE: 7/8/2021**
United States Magistrate Judge

**TIME: 12:00 p.m.**

**DOCKET NO: 20-1611 (JMA)**

**CASE: Mendez v. Stuart Thomas Property Management, LLC, et al**

\_\_\_ **INITIAL CONFERENCE**

\_\_\_ **STATUS CONFERENCE**

\_\_\_ **SCHEDULING CONFERENCE**     **BY TELEPHONE X**

\_\_\_ **SETTLEMENT CONFERENCE**

\_\_\_ **FINAL CONFERENCE**

**X  FAIRNESS HEARING**

    **APPEARANCES:**     **FOR PLAINTIFF:**     **FOR DEFENDANTS:**

                              **Keith Williams**        **Christopher Collotta**

**The following rulings were made:**

    **The parties have consented to the undersigned for all purposes.  Based upon the statements placed on the record and pursuant to the principles set forth in** *Kolinsky v. Scholastic Inc.***, 900 F. Supp. 2d 332 (S.D.N.Y. 2012) and** *Cheeks v. Freeport Pancake House***, 796 F.3d 199 (2d Cir. 2015),** *cert. Denied***, 136 S. Ct. 824 (2016), the agreement is approved.  The Clerk of Court is directed to mark the matter closed.**

                                          **SO ORDERED:**

                                                /s/